## JOHNSON *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 73, September Term, 1963.]

*Decided December 12, 1963.*

Before the full Court.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Prendergast in the court below.